DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

STACY S. SIGNORINI,

Appellant,

v.

OCWEN LOAN SERVICING, LLC,

Appellee.

No. 2D20-208

_____

September 15, 2021

Appeal from the Circuit Court for Pinellas County; Patricia Ann
Muscarella, Judge.

Robert E. Biasotti, Biasotti Law, Saint Petersburg, and Leslie M.
Conklin, Clearwater, for Appellant.

David Rosenberg and Jarrett Cooper, Robertson, Anschutz,
Schneid, Crane and Partners, PLLC, Boca Raton, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, SMITH, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.